UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Noel Alexis Brooks,
Plaintiff

-vs-

Sher Garner Cahill Richter Klein & Hilbert, LLC
Defendant

14-2725

SECT. I MAG. 4

COMPLAINT

1.

Now Into Court, comes Noel Alexis Brooks (Plaintiff), who represents that the United States District Court (Eastern District of Louisiana) has subject matter and personal jurisdiction over the parties and subject of this complaint because the issues involve a federal question.

2.

Noel Alexis Brooks (Plaintiff), is domiciled in the parish of Orleans and state of Louisiana, thereby establishing venue. Sher Garner Cahill Richter Klein & Hilbert, LLC, (Defendant) a Limited Liability Company, doing business in the Parish of Orleans, State of Louisiana, which employs (0-100 Employees).

Fee Pauper
Process
X Dktd
CtRmDep

On or about April 26, 2011, Noel Alexis Brooks began employment with Sher Garner Cahill Richter Klein & Hilbert, LLC with a starting salary of $41,000 annually, which is significantly lower than the average pay for the quality of work set forth during entire term of employment. (Equal Pay Act) In the beginning of the term of employment, things were going smoothly until on or about December 13, 2011, Laura Lee Erskin (Litigation Paralegal), made a derogatory comment to Noel Alexis Brooks in regards to her employment and stated "....in the beginning..I didn't think that you were going to work out....but now I see that you seem to be doing an OK job". Noel Brooks then went to Debbie Gleason (Human Resources Manager), and let her know about the negative comment and she did nothing to address the situation. The comment made by Laura Erskin, was the start of a series of demeaning and derogatory treatment from not only Laura Lee Erskin, but also Josephine Aline Chocheles and Debbie Gleason on separate occasions. As the term of employment continued, there were defaming comments made to others in the office in regards to Noel Brooks professional character and job performance which made peers and superiors question her professional duties as a Litigation Paralegal.

On or about September 26, 2013, Noel Brooks was the recipient of an interoffice e-mail which displayed an online conversation between Joaline Chocheles and Laura Lee Erskin of which Noel Brooks was the topic of the entire three page e-mail which is attached as Exhibit "A". The body of the e-mail included slander on Noel Alexis Brooks, which included the following statements, "...just tell her to go work back at Hooters". This derogatory statement/e-mail transmission put Noel Brooks in a difficult space, so in order to try and make the situation better, Noel Brooks approached Debbie Gleason and brought the e-mail to her attention and requested that she sit all parties involved down and get to the bottom of why these parties have so many negative comments about Noel Brooks and her job

performance. Debbie Gleason, made no attempts to diffuse the hostile environment and character slander created through the e-mail transmission on that date. As a result, all parties were notified of the actions and Joaline Chocheles made an attempt to apologize for her actions by saying, "I'm so sorry, I didn't mean what I said, I was just trying to console Laura Erskin", my reaction to this was one of disbelief. I then attempted to ignore the situation, but it began to take its toll physically, emotionally, and mentally which then in turn affected Noel Brooks' concentration levels on the job. As a result of the hostile environment created in the office, Noel Brooks was diagnosed with stress reaction and anxiety directly related to the treatment she was given by the office personnel and human resources. On August 12, 2014, Debbie Gleason called Noel Brooks via telephone and proceeded to terminate employment stating that "Performance issues" was the reason for termination. Debbie Gleason then instructed Noel Brooks that she had no right to grievance and did not give Ms. Brooks the opportunity to give her a copy of the diagnosis from her physician. Debbie Gleason's actions violated Noel Brooks' rights under Title VII, The Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, and the Age Discrimination in Employment Act.

On August 25, 2014, Noel Brooks, filed a charge of discrimination with the U.S. Equal Employment Opportunity Commission and was given the right to sue on September 18, 2014, which is attached as Exhibit "B".

4.

As a result of the aforementioned, Noel Brooks is claiming damages for: Defamation of Professional Character (Slander/Libel), Mental Anguish, Emotional Distress, Unnecessary Financial Burden due to Termination of Employment, and Unnecessary Financial Burden due to Underpayment for Employment (3 Years, 3 Months). Petitioner is requesting that damages be paid in the amount of $450,000.00 (Four Hundred Fifty Thousand Dollars).

Dated: 12/1/14

*Noel Brooks*
Noel Alexis Brooks
6604 Coveview Ct.
New Orleans, Louisiana 70126
(504)274-9189

**From:** Erskin, Laura
**Sent:** Thursday, September 26, 2013 2:15 PM
**To:** Brooks, Noel
**Subject:** FW: Fyi

-----Original Message-----
From: Chocheles, Jo Aline
Sent: Thursday, September 26, 2013 11:35 AM
To: Erskin, Laura
Subject: RE: Fyi

Just talked to Debra. Brandy will do Phillips. I guess I just need to let Susan D. know right?

-----Original Message-----
From: Erskin, Laura
Sent: Thursday, September 26, 2013 10:58 AM
To: Chocheles, Jo Aline
Subject: Re: Fyi

Yes thanks

Sent from my iPhone

On Sep 26, 2013, at 10:52 AM, "Chocheles, Jo Aline" <jchocheles@shergarner.com> wrote:

> Ok, I am putting you on LA. Pigment (I keep that file) and asking Debra if I can give Phillips to Brandy since I don't want it to fall on you if Noel keeps. Agree?
>
> -----Original Message-----
> From: Erskin, Laura
> Sent: Thursday, September 26, 2013 10:50 AM
> To: Chocheles, Jo Aline
> Subject: Re: Fyi
>
> I will and was expecting to prep Jim for oral argument. I have two concerns. The Phillips file has been passed around a lot and I don't really want. I don't want Brandy to be overwhelmed but now that Debra has her working on some of her cases, she will just send those infamous I know I told someone to do emails.
>
> Sent from my iPhone
>
> On Sep 26, 2013, at 10:44 AM, "Chocheles, Jo Aline" <jchocheles@shergarner.com> wrote:
>
>> 2 issues below: I will go talk to Debra, but tell me if you want me to ask her to give these 2 to Brandy or let you have them. Noel cannot prepare Jim for La Pigment oral argument-we need to totally take her off now.
>>
>> **Larry H. Phillips, et al v. Air Liquide Advanced Technologies, et al
>> **LA Pigment v. Air Liquide Large Industries
>>
>> -----Original Message-----

1

*Exhibit "A"*

>> From: Erskin, Laura
>> Sent: Thursday, September 26, 2013 10:38 AM
>> To: Chocheles, Jo Aline
>> Subject: Re: Fyi
>>
>> Ty
>>
>> Sent from my iPhone
>>
>> On Sep 26, 2013, at 10:37 AM, "Chocheles, Jo Aline" <jchocheles@shergarner.com> wrote:
>>
>>> I know. I'm about to check her case list and make sure no worlds will collide again.
>>>
>>> -----Original Message-----
>>> From: Erskin, Laura
>>> Sent: Thursday, September 26, 2013 10:37 AM
>>> To: Chocheles, Jo Aline
>>> Subject: Re: Fyi
>>>
>>> And you know I whine and fuss and say things I don't mean but this is a promise to myself. I will not with with her again. For that very reason. She makes it appear ti others that she is working hard because she will jump up to do anything someone asks but cannot think independently and doesn't follow through.
>>>
>>> Sent from my iPhone
>>>
>>> On Sep 26, 2013, at 10:27 AM, "Chocheles, Jo Aline" <jchocheles@shergarner.com> wrote:
>>>
>>>> Holy crap-that's hilarious though. Sorry I'm laughing, just tell her to go back and work at Hooters...
>>>>
>>>> -----Original Message-----
>>>> From: Erskin, Laura
>>>> Sent: Thursday, September 26, 2013 10:25 AM
>>>> To: Chocheles, Jo Aline
>>>> Subject: Re: Fyi
>>>>
>>>> Her real issue is her need to keep from being tied down. I asked to have help in the court when our witnesses were being questioned on cross and after falling asleep on my shoulder multiple times ( there was nothing happening but you can't predict, she said she was going to the restroom and texted me about 10-15 minutes, she texted me and said she had gone back to the war room to e-file for Peter in another case.
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Sep 26, 2013, at 10:11 AM, "Chocheles, Jo Aline" <jchocheles@shergarner.com> wrote:
>>>>
>>>>> How does she have SOOO many car problems?? She drives an expensive car you know.
>>>>>
>>>>> -----Original Message-----
>>>>> From: Erskin, Laura
>>>>> Sent: Thursday, September 26, 2013 10:08 AM
>>>>> To: Chocheles, Jo Aline
>>>>> Subject: Re: Fyi
>>>>>
>>>>> And I specifically asked John last week to use someone else whenever possible until trial was over and to check with me if she had to handle so I would know she wasn't working

for me. They all assume we know what we should be doing and will tell them but she clearly cannot, yesterday she had a problem with her tire and Carol picked her up at shop once we got started. Yesterday evening she needed to go pick il the car and as I knew she would, she was gone a long time and then called and said it would take her a long time to get back from the east so did we need her to return. We opted for no because we were having computer issues.
>>>>> Sent from my iPhone
>>>>>
>>>>> On Sep 26, 2013, at 9:43 AM, "Chocheles, Jo Aline" <jchocheles@shergarner.com> wrote:
>>>>>
>>>>>> Holy cow!! Really?? John should not have asked her to do it..
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: Erskin, Laura
>>>>>> Sent: Thursday, September 26, 2013 9:35 AM
>>>>>> To: Chocheles, Jo Aline
>>>>>> Subject: Fyi
>>>>>>
>>>>>> I found out what took Noel so long Monday when I was waiting fir here here. She did a court rim for John Balhoff but never mentioned to me.
>>>>>>
>>>>>> Sent from my iPhone

| EEOC Form 161 (11/09) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|

# DISMISSAL AND NOTICE OF RIGHTS

| To: | Noel A. Brooks<br>6604 Coveview Court<br>New Orleans, LA 70126 | From: | New Orleans Field Office<br>1555 Poydras Street<br>Suite 1900<br>New Orleans, LA 70112 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2014-01958 | Marvis L. Hicks,<br>Acting Enforcement Supervisor | (504) 595-2861 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_[signature]_ Keith T. Hill, Director

SEP 1 8 2014
*(Date Mailed)*

Enclosures(s)

cc: Deborah Gleason
Human Resources
SHER GARNER CAHILL RICHTER KLEIN &
HILBERT, LLC
909 Poydras St., Suite 2700
New Orleans, LA 70112

Exhibit "B"

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 461-2014-01958 |

Louisiana Commission On Human Rights                                             and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Ms. Noel A. Brooks | (504) 453-4640 | 07-21-1982 |

Street Address: 6604 Coveview Court, New Orleans, LA 70126

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| SHER GARNER CAHILL RICHTER KLEIN & HILBERT, LLC. | 15 - 100 | (504) 299-2100 |

Street Address: 909 Poydras St., Suite 2700, New Orleans, LA 70112

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09-26-2013   Latest: 08-12-2014
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with the above Respondent in April 2011 most recently as a Litigation Paralegal earning $22.00 per hour. On August 12, 2014 I was discharged by Deborah Gleason, H.R. The company employs over 15 persons.

Subsequently I was informed performance issues was the reason for my discharge.

I believe I have been discriminated against based on my race (Black) and my age (32) and retaliated against in violation of Title VII of the Civil Rights Act of 1964 as amended and the Age Discrimination in Employment Act of 1967 (ADEA) in that:

- A. September 26, 2013 an inappropriate email was sent out that talked about me in a negative manner involving Laura Erskin (Litigation Paralegal) and Jo-Aline Chocoles (Ligitation Secretary).
- B. No sanctions were taken against the accused parties and it was kept secret from management.
- C. August 1, 2014 I was called into H.R. on a bogus complaint by Chris Chocoles in retaliation for the actions of his wife Jo-Aline.
- D. I was the only black litigation paralegal and the youngest.
- E. August 12, 2014 I was informed of my discharge by Deborah Gleason.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Aug 25, 2014

Charging Party Signature: /s/ Noel Brooks

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*